164 A.3d 407

JOHN WALSH AND FRANCES WALSH, PLAINTIFFS–
PETITIONERS, v. WELLS FARGO BANK, NA,
DEFENDANT–RESPONDENT.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for Certification of the judgment in A–002636–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

164 A.3d 407

JOHN BARRY, PLAINTIFF–PETITIONER, v. PORT AUTHORITY
OF NEW YORK AND NEW JERSEY, DEFENDANT–
RESPONDENT.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001221–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.